IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KLODOWSKI, *et al.* : | |
|         Plaintiffs, : | |
| : | |
| v. : | Civil No.: 5:25-cv-05293-JMG |
| : | |
| KIA AMERICA, INC, *et al.* : | |
|         Defendants. : | |

**ORDER**

**AND NOW**, this 21st day of November, 2025, upon consideration of Plaintiffs' Motion to Remand to State Court (ECF No. 11), Defendants Response in Opposition (ECF No. 12), and Plaintiffs Notice of Errata (ECF No. 15), **IT IS HEREBY ORDERED** that Plaintiffs' Motion (ECF No. 11), is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge